UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALTAMIRANO SERMENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA LEGISLATURE,<br><br>　　　　　Defendant. | No. 2:18-cv-1175 MCE DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On October 22, 2018, this court recommended this action be dismissed for plaintiff's failure to state a claim under 42 U.S.C. § 1983. (ECF No. 8.) Plaintiff was provided fourteen days to file objections. On November 20, 2018, the court granted plaintiff's request for a 10-day extension of time to file objections. (ECF No. 10.) Based on delays in receiving mail, plaintiff requests an additional extension of time.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 11) is granted. Plaintiff's objections filed December 17, 2018 are deemed timely.

Dated: December 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/serm1175.eot2

1